THOMAS OLIVER *et al.* VS. BRIGANTINE *Industry*, 1744/5

At a Court of Admiralty held at Newport in the Colony of Rhode Island on Thursday the 3$^d$ of January 1744 at ten ô Clock the forenoon

### OLIVER AND A VS. BRIG *Industry*

Before the Hon$^{ble}$ L. Lockman Esq$^r$ Judge
The Court being Open'd The Libel and Citation were read
The Attornies were heard and the Court was Adj$^d$ Untill 3 in the Afternoon when the Decree was given Viz$^t$

Whereas the Libel of Thomas Oliver Master of the Brigantine Industry as also by the Oath of s$^d$ Oliver there Appears to be due to s$^d$ Oliver for his Own Wages likewise James Smith Wages p$^d$ with Disbursments for Provisions for s$^d$ Vessel (the sum of One hundred and Sixty five Pounds four Shillings and 3/4, I Order the Owners Of the s$^d$ Brig$^t$ to pay the same, which if they refuse to do I Order the s$^d$ Brigantine to be sold by the Marshall of this Court and after Payment of s$^d$ £165.4.3/4 to the s$^d$ Oliver, as also the Costs of this Court, and such Other Charges as shall accrue from the s$^d$ Sale to return the Overplus to the Owners.

Leonard Lockman

Whereas it Appears from the said Libel that there is due to William Rand fifty Pounds to Isaac Haws forty Pounds, to Alex$^n$ Stupart forty Pounds to Sam$^l$ Maggit forty Pounds 5s To John Greland thirty five Pounds to Samuel Finley thirty five Pounds, for Wages by this Run I therefore Order the s$^d$ several sums to be paid to the s$^d$ Persons by the Owners of the Brigantine Industry, which if they refuse to do I order the s$^d$ Brig$^t$ Industry to be sold at Publick Vandue for the Payment of s$^d$ Sums together with the Cost of this Court and the Overplus to be paid to the Owners

Leonard Lockman